# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robin A. Moore, Jr.**
    Plaintiff(s)

vs.                         **CASE NUMBER: 6:22-cv-1125 (TJM/TWD)**

**Regina A. Rinaldi, State of New York**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court ACCEPTS and ADOPTS Judge Dancks Report-Recommendation and Order (Dkt. No. 10) in its entirety for the reasons stated therein. Accordingly, it is hereby ORDERED that Plaintiffs Complaint (Dkt. Nos. 1, 1-1) is DISMISSED IN ITS ENTIRETY WITHOUT LEAVE TO AMEND pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b); and it is further ORDERED that Plaintiffs application for a virtual hearing and the appointment of counsel is DENIED AS MOOT. The Clerk of the Court may close the file in this matter. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **Thomas J. McAvoy**, dated March 31, 2023.

DATED: March 31, 2023

*John Domurad*
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk